| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:00CR00096-018(SEC) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JUAN SANTANA-MARTINEZ<br><br>2431 RED SAILS, APT. B<br><br>EL PASO, TX 79936 | PUERTO RICO | |
| | NAME OF SENTENCING JUDGE<br>SALVADOR E. CASELLAS | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04-17-03 | TO 04-16-08 |

| OFFENSE |
|---|
| TITLE 21, U.S.C., SECTIONS 846 - CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **PUERTO RICO**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **WESTERN DISTRICT OF TEXAS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_1 NOV 04_
*Date*

_[signature]_
*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **WESTERN** DISTRICT OF **TEXAS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_11-22-04_
*Effective Date*

_[signature]_
*United States District Judge*

EF