# UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767

FRANCES RIOS DE MORAN  
CLERK

TEL. (787) 772-3012  
FAX (787) 766-5693

December 10 2004

Mr. William G. Putnicki,
Clerk of Court, U.S. District Court
20 St. Charles Place
600 Austin Avenue
Waco, TX 76703

        Re:    Criminal No. 00-96-18(SEC)
                 United States of America
                 v. Juan Santana-Martinez

Dear Mr. Putnicki:

     In accordance with Transfer of Jurisdiction Order filed in the above-entitled case on December 6th, 2004, we enclose the following documents:

1. Certified copy of Indictment filed April 26, 2000, (docket #1).

2. Certified copy of Judgment filed October 15th, 2001 (docket #654).

3. Certified copy of Transfer of Jurisdiction Order filed December 6th, 2004, (docket #880).

4. Certified copy of docket sheet.

     Kindly acknowledge receipt on the enclosed copy of this letter.

                               Very truly yours,

                               FRANCES RIOS DE MORAN
                               Clerk of Court

                               Lida Isis Egele
                               Operations Manager

Encl.
cc: E. Feliciano, Supervising USPO