# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
Plaintiff,

v.                                                    **CRIMINAL NO. 00-096(SEC)**

**Garcia-Cosme, et al.**
Defendant.

## UNITED STATES' MOTION TO WITHDRAW
## AS THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THE CASE

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and very respectfully informs the Court and parties as follows:

1.      That as of July 17th, 2007, AUSA Dina Avila is not the Assistant U.S. Attorney responsible for the prosecution of the above-referenced case.

WHEREFORE, the United States of America respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA Dina Avila as the attorney responsible of the prosecution of the instant case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 17th day of July, 2007.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney


*s//Dina Avila*_____
Dina Avila- #G00215
Assistant U.S. Attorney
Torre Chardón Bldg., Suite 1201
#350 Carlos Chardón Avenue
Hato Rey, Puerto Rico  00918
(787) 766-5656

**Motion to Withdraw as Counsel of Record**
US v. Garcia-Cosme, et al.
Criminal No. 00-096
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on July 17th, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system.

In San Juan, Puerto Rico, this 17th day of July, 2007.

*s//Dina Avila*
Dina Avila- #G00215
Assistant U.S. Attorney